IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  05-cv-00921-WYD-BNB

WILLIAM ERICK FENGER,

     Petitioner,

v.

UNITED STATES OF AMERICA,

     Respondent.

_____

DISMISSAL ORDER

_____

THIS MATTER comes before the Court on the United States' Motion to Dismiss , and the Court having read said motion and being fully advised in the premises;

FINDS THAT the United States and Petitioner have reached an agreement in this matter resolving all issues; and

THAT based upon the facts and verification set forth in the Verified Complaint, it appears that there was reasonable cause for the seizure of the currency.

NOW THEREFORE, IT IS ORDERED that the captioned case is dismissed and a Certificate of Reasonable Cause is granted pursuant to 28 U.S.C. § 2465.

SO ORDERED this 17 day of August, 2005.

BY THE COURT:

s\  Wiley Y. Daniel,_____
WILEY Y. DANIEL
United States District Court Judge